FILED _____ LODGED
_____ RECEIVED _____ COPY

SEP 2 9 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Van M DEPUTY

1  MICHAEL BAILEY
   United States Attorney
2  District of Arizona

3  JOSEPH E. KOEHLER
   Assistant United States Attorney
4  Arizona State Bar No. 013288
   Two Renaissance Square
5  40 N. Central Ave., Suite 1800
   Phoenix, Arizona 85004
6  Telephone: 602-514-7500
   Email: joe.koehler@usdoj.gov
7  Attorneys for Plaintiff

8                                              REDACTED FOR
                                            PUBLIC DISCLOSURE
9              IN THE UNITED STATES DISTRICT COURT

10                FOR THE DISTRICT OF ARIZONA

11
   United States of America,            No. CR-20-00539-PHX-SPL (JZB)
12
                    Plaintiff,                **INDICTMENT**
13
             v.                          VIO:  18 U.S.C. § 2261A(2); 2261(b)(5)
14                                             (Interstate Stalking)
                                               Count 1
15  John Kenneth Evans III,
                                               18 U.S.C. § 115(a)(1)(B) & (b)(4)
16                                             (Threatening Federal Law
                    Defendant.                 Enforcement Officials)
17                                             Count 2

18

19  THE GRAND JURY CHARGES:

20                        **COUNT 1**

21        Beginning on or before January 22, 2019, and continuing through May 2020, in

22  the District of Arizona, defendant John Kenneth Evans III, with the intent to injure,

23  harass, and intimidate, another person, Victim 1, used an interactive computer service,

24  an electronic communication service, and electronic communication system of interstate

25  commerce, and other facilities of interstate commerce, to engage in a course of conduct

26  that caused, attempted to cause, and would be reasonably expected to cause substantial

27  emotional distress to another person, Victim 1.

28        In violation of Title 18, United States Code, Section 2261A(2); 2261(b)(5).

## COUNT 2

On or about November 21, 2019, in the District of Arizona, defendant John Kenneth Evans III, did threaten to assault federal law enforcement officers, with intent to impede, intimidate, and interfere with such law enforcement officers while engaged in the performance of official duties, and with intent to retaliate against such law enforcement officers on account of the performance of official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B) & (b)(4).

A TRUE BILL

_/s/_
FOREPERSON OF THE GRAND JURY
Date:  September 29, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona


_/s/_
JOSEPH E. KOEHLER
Assistant U.S. Attorney

- 2 -